UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

ABDULAZIZ HUSSEIN ALI,

                Defendant.

CASE NO. CR18-088-RSL

DETENTION ORDER

<u>Offense charged</u>: Felon in Possession of a Firearm; Possession of Fifteen or More Counterfeit Access Devices

<u>Date of Detention Hearing</u>: April 12, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant appears before this Court on a Writ of Habeas Corpus ad Prosequendum for entry of a plea of guilty to the above-listed felony offenses. He was

DETENTION ORDER
PAGE - 1

transferred from the custody of the Washington State Department of Corrections where he was in custody on state charges. His anticipated release date from state custody if 2010. He would be returned to the custody of the State of Washington if not detained by this Court. Defendant does not contest entry of an order of detention.

2. Defendant poses a risk of nonappearance based on his custody status with the State of Washington, as well as lack of verified background information. Defendant poses a risk of danger based on past criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 12th day of April, 2018.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3