UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULAZIZ HUSSEIN ALI,<br><br>Defendant. | Case No. CR18-088-RSL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release" (Dkt. # 37).

On April 12, 2018, defendant pleaded guilty to (i) one count of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and (ii) one count of possession of fifteen or more counterfeit access devices, in violation of 8 U.S.C. §§ 1029(a)(3) and (c)(1)(A)(i). Dkt. # 12. On December 7, 2018, the Court sentenced defendant to 18 months of imprisonment on each count, to run concurrently, and three years of supervised release. Dkt. # 33. Defendant's term of supervised release commenced on October 10, 2020. Dkt. # 37 at 2.

The Court may "after considering the factors set forth in [18 U.S.C. § 3553(a)] . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court enjoys "discretion to consider a wide range of circumstances when determining whether

to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

      The Court is pleased to learn of defendant's positive performance on supervised release, including his employment and commitment to his siblings' school activities.  However, the Court finds that defendant's request to terminate supervised release is premature.  See 18 U.S.C. §§ 3583(e)(1), 3553(a).  Accordingly, defendant's request for early termination of supervised release (Dkt. # 37) is DENIED.  Nonetheless, if defendant remains free of any supervised release violations in the coming months, the Court will entertain a renewed motion for early termination of supervised release noted for October 31, 2022.  In the interim, the Court supports allowing defendant to travel to Mecca to make pilgrimage with his family and to Ethiopia to visit his aging grandfather so long as defendant obtains prior approval of his United States Probation Officer.  The Court is amenable to amending the terms of his supervised release to reflect this.

      IT IS SO ORDERED.

      DATED this 25th day of April, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2