JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-088-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| ABDULAZIZ HUSSEIN ALI, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Abdulaziz Hussein Ali's Renewed Motion for Early Termination of Supervised Release. The Court has reviewed the motion and the records in this case and finds, pursuant to 18 U.S.C. § 3583(e), that early termination is warranted by the conduct of Mr. Ali and the interests of justice.

IT IS ORDERED that Mr. Ali's term of supervised release is terminated, effective immediately.

The Clerk of the Court is directed to send copies of this Order to all counsel of record and to the United States Probation Office.

DONE this  7th  day of  November  2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Abdulaziz Ali

ORDER GRANTING EARLY TERMINATION
OF SUPERVISED RELEASE
(*United States v. Ali*, CR18-088-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100